AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Received
U.S. Marshals Service
2022 MAY 24  PM 3:22
N/OK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22-mj-00114 |
| Levi Gable | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 5/23/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Levi Gable__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __05/23/2022__

2022.05.23 12:57:22 -04'00'

_____
Judge's signature

City and state:   __Washington, D.C.__   __Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __05/23/2022__, and the person was arrested on *(date)* __05/26/2022__
at *(city and state)* __TULSA, OKLAHOMA__.

Date: __05/26/2022__

_____
*Arresting officer's signature*

__ALAN T. SISKA, SPECIAL AGENT FBI__
*Printed name and title*