**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:22-cr-00189-JMC-1 |
| | : | |
| LEVI GABLE | : | 1:22-mj-00114-RMM |
| | : | |
| **Defendant** | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as retained counsel in this case for the defendant Levi Gable. I certify that I am admitted to practice in this Court.

Respectfully submitted,

RaquinMercer LLC

By: /s/
_____
Stephen Mercer, #MD12855
50 West Montgomery Ave., Ste. 200
Rockville, Maryland 20850
Tel:   (301) 880-9270
Fax:   (833) 816-5605
Email: Steve@RaquinMercer.com

*Attorney for Levi Gable*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this Entry of Appearance was served this June 13, 2022, *via* the ECF filing system.

By: /s/
_____
Stephen Mercer