05-Dec-2022

**Dear Judge Jia M. Cobb -**

**It is an honor to write a letter for Levi Gable. I have known Levi and his family for 25+ years. I consider Levi's father one of my best friends and have watched him raise his 3 sons at the same time I was raising my sons. Levi's parents raised their family in a way that was strict as well as loving. They attended church as a family and I believe they still do. How many grown children still attend church with their parents in this day and age?! I have watched Levi grow and mature into the driven and successful man he is today.**

**When his father's health declined several years ago due to an accident and his previously successful business in the construction field suffered some setbacks, Levi at a young age stepped in and learned the family business. Levi not only kept the business running, but also made several improvements and went out in the field to rebuild customer relationships and bring new customers on board. In the last several years Levi and his brother have expanded the business to levels never imagined.**

**Aside from the family business, I have spent many weekends with the entire family camping and on outdoor trips. I watched him as an older brother of two siblings assume the role of protector and teacher. Now I watch him with his own son and he is the most patient yet firm father - just as his father was with him. He has never disappointed when responsibility called.**

**While he was handling the family business, we witnessed his personal growth was well. He married and started a family. His wife helped in the family business until she started her own business. I am now watching Levi raise his children in a way that makes me as proud as if he were my**

A-01

own child.

In most recent years, Levi has moved beyond just running the family business to "giving back" to the community. He also leads by example, inspiring and assisting employees in their own personal growth and success. He is the kind of person that anyone who has met him has been changed for the better by his positive outlook on life.

Thank you for taking the time to read this letter.

Sincerely,
Allen Fuller
6300 Asa Craig Rd
Greenwood, AR 72936

This character reference letter was written by:

Mr. Allen Fuller - jafinteriors@cox.net

On:

05-Dec-2022 22:25:02

Residing at:

6300 Asa Craig Rd
Greenwood, AR 72936


CLAY STAIRES

To whom it may concern.

I am writing on behalf of Levi Gable, a good friend of mine since February of 2019. Levi and I met at a business owners' workshop. I was speaking and Levi was a business owner. Soon after, Levi's company became a client of my Business Coaching Company. Over the past three and a half years, I have seen Levi lead his company through some very difficult times as he has taken over the reins from his father, established himself as the leader of the company, and has led his company through the most difficult times in our economy in recent memory. During this time, I have seen Levi display tremendous character and leadership.

Five-character traits that come to mind as I think back over the past few years in knowing and working with Levi.

1.  Patience - Levi has displayed rare levels of patience with himself, the process and with his employees. Changing the culture and direction of a company is not easy and does not happen in a short amount of time. Levi has been willing to surrender to the process of growth and change. Very few people are willing to do this. It just takes too long. Levi has been very willing to actively wait on the process.

2.  Care - As Levi has re-imagined his father's company, he has been very aware of the longtime employees that have been with the company. He didn't bulldoze over them with new vision and rules. He worked very hard on his communication skills as a leader so he could "turn the ship without losing very many passengers." This is a rare ability and Levi has accomplished it very gracefully.

3.  Vision - Speaking from personal experience, it is very hard to take over a family business after a family member has run it a certain way for a long time. Most often, either the "founder" of the company won't allow for change, or the new owner is too quick to jettison all the old ways and just do it all the new way. Levi has done a wonderful job honoring his father and his father's company as he has passionately taken it to new levels that his father was never able to reach. His humility as a visionary has been inspiring to watch.

4.  Accountability - Levi is a very coachable person. This is a rare quality in an entrepreneur/business owner. He has been willing to be led and coached without all the resistance that comes with immature, prideful leadership. In every area of his company, Levi has allowed himself to be held accountable for specific benchmarks and weekly actions. He is not a "know it all" and has been willing to say that as we have worked together for three and half years.

5.  Servanthood – Being a business owner has allowed Levi to learn true servant leadership. By faithfully running the company with integrity and energy, he has been able to serve and honor his family. This has also allowed him to serve his employees in providing them a stable and successful work environment that they can count on as they look to support their own families. And he has been a consistent servant to his clients and customers as evidenced by becoming the highest and most reviewed utility contractor in Oklahoma. This doesn't happen unless you are a consistent servant in your business leadership.

This is the Levi Gable that I know. I encourage you to get to know him too.

Sincerely,

Clay Staires
Owner/CEO The Leadership Initiative
Republican Candidate for Oklahoma State Representative HD66

**Your life gets better when you do.**

3939 S. Harvard #125 I Tulsa, OK 74135
(918) 798-0852 I www.ClayStaires.com I Clay@ClayStaires.com

01-Dec-2022

Dear Judge Jia M. Cobb -

I'm Dan Gable, Levi's father. Levi is a blessing to myself, our family and our community. He is dedicated to Anna, his wife of ten years and Levi Jr (tiny) their son. He is involved with his son in Boy Scouts, outdoor sporting activities, investing much time into academics (especially Math) but others as well, teaching him how to work and how to manage what he earns. Teaching him as well to respect authority, politeness, manners. Levi is bringing his son up with positive values and integrity. Levi's commitment and dedication to his wife and son are a positive influence in their family and they often travel to and explore new destinations and locations. Levi & Anna have also recently started a new hair salon business for Anna where she will work also renting booths out for two other hairdressers. My wife and I, Darleeta live nearby, (on the same land) as Levi & family and we are encouraged and inspired by how Levi is engaged with his family. My wife and I, Levi & Anna and Eric Gable our middle son are currently building homes on our family property, we're also praying our youngest son Jacob will be able to build a home here with us soon as well. Several times Levi takes time from his very busy schedule to help out on our family property, he recently completely wired the home being built for his mother and I, along with managing and working other construction activities on our family property. Our family has owned and operated a small excavating business my father started in 1982, due to my fathers health I took over the company in 1990. I managed the company until 10 to 12 years ago transitioning out with Levi taking over as VP & managing the business. My sons Eric and Jacob also work at our company. The business has thrived under Levi's leadership. Levi has lead the company in new directions that have created many new jobs and positions that have opened up new and better opportunities for our team of partners, he treats those who are on our payroll as partners, with

respect and rewards them past salary commitments. Levi has started three additional branch businesses that strengthen and compliment our original company.  Our son Levi is loving, loyal and committed to our families, he is intelligent, a hard worker, driven, his visions for and management of our business go far beyond my capacity. Levi's future will not be defined by this mistake, he is teachable, he is well aware of the wrong decision he made, he has spoken and shown repentance for this decision. Levi will make things right, we love him dearly, we will stand by him, He is a good son, a good man and a leader.

Thank you for taking time to get to know our son through our words.

This character reference letter was written by:

**Mr. Daniel Gable - dgable@gei-usa.com**

On:

**01-Dec-2022 12:16:08**

Residing at:

**1501 w 630
Chouteau, Oklahoma 74337**

Dear Judge Jia M. Cobb,

Levi Gable and I have been friends since we were 14 years old. All through junior high school we stayed at each other's houses renting movies and video games, and would stay up all night being kids and having fun. We would ride 4-wheelers at Levi's house on trails through the woods on his family's land. We would set up tents and campout at Levi's house too. We were really good friends. Once we got into high school we both played different sports and ended up running with different groups of friends, but Levi and I remained really good friends and hung out when we could. He went with me on my church group snow skiing trips to Colorado from 9th grade, through senior year. I remember going to his church on Sunday mornings with his parents when I would stay the weekend with him. I attended several lock in functions with Levi that his church put on. During the summer time we were either water skiing behind his dad's boat, or my dad's boat. Most of our summers were spent at the lake camping, swimming, boating, or skiing. That was our thing and we enjoyed it a lot to say the least.

After high school I went off to college at NSU and Levi went to UCO. We stayed in touch and we went snow skiing together for spring break our freshman year in Colorado. We still spent our summers together at the lake, camping and water skiing. I had bought my own boat and Levi would bring his dads out from time to time. We were still pretty inseparable during the summers. During our college years Levi got in some trouble and had to pay for his mistakes. Levi would call me often and I would always drop whatever I was doing and talk with him on the phone for as long as we could. No matter what, I always answered and gave Levi all the time I had. Levi was always there when you needed him, he is a great friend to have and I did my best to be there for him when I could through those years. After Levi paid for those mistakes, we were back at it being the best of friends and tearing the lake up when we could.

Levi has always been a hard worker and worked his butt off from being a "low on the pole" laborer for his family's company to becoming a crew leader. If you ever meet Dan, Levi's dad, you would understand that there is no free ride in the Gable Family. You work your butt off and you earn it every single step of the way. Some of the company's higher ups left and started their own company and this was a big shake up for their family business. Levi stepped up in a major way and took over 2 people's jobs, plus his, and eventually became the vice president of the company. Levi attended CEO training classes and found a business coach. He started attending business seminars in the area when he could and really became the backbone of the family business. Under Levi's leadership the company set record profits and grew way beyond what it was in a few short years. Levi got thrown into a situation that he wasn't really prepared for, however he rose to the occasion and learned very quickly how to manage a big business and made it better. Levi takes great care of his employees and customers, and is very well known for this in his industry.

I also happened to be with Levi when he hit it off with his wife Anna, which was at the lake on a Memorial Day weekend. The two of them were pretty much inseparable ever since that weekend. They fell in love, got married and had their son. Levi is a great husband and father. He is a bit of a workaholic but he always finds time for his family. I look up to Levi in many ways. Levi has taught me a lot about running a business and I have applied a lot of the things he does to the small business that I manage. Levi has also shown me how important it is to make time for your family and wife, and not to just work your life away. The time you lose away from your family and loved ones can never be replaced. Levi and I are more than friends, we are chosen family. Our families vacation together, go to the lake together pretty much all summer long when we can. We have been there for each other through most of our major milestones in life. I consider Levi my brother and I know that I am his. Levi is the type of person that will give you the shirt off his back, the roof over his head, and the food in his fridge if you need them. He has always been there when he is needed and goes out of his way to take care of the people in his circle. Levi will do anything he can to help his family, close friends, and his employees. If you are lucky enough to be in Levi's circle, then you know you have someone that will always be there for you. You would be hard pressed to find a better person and friend than Levi Gable.

Thank you,

Jeremy Collins          11-30-2022

collinja@yahoo.com          103 N Broadway Coweta, OK 74429

29-Nov-2022

Dear Judge Jia M. Cobb -

Good Morning! Thank you for the opportunity to provide just a few snip-its from my business relationship and personal friendship with Levi Gable. As an engineer for one of the largest power companies in the U.S., we have to establish working relationships with honest, capable & competent contractors to help provide services that keep electricity flowing to millions of customers. In many facets of the power business, we rely upon Levi's experience and expertise to provide his contractor services every day , allowing us to keep electricity flowing across the country. He runs a business and employs hard working & efficient employees, some that have worked with him for over 20 years. I have witnessed him lead by example & teach his employees to work hard with a passion to be safe, encouraging them to continue their education and work hard for their families. He is a phenomenal host for his annual company Christmas party while his employees are very well cared for and rewarded. Each and every one of his employees I have worked with have complete faith & trust in Levi that he will continue to provide them with a lasting, fulfilling career. On my personal friendship with Levi, I have seen his kindness, generosity and selflessness on so many occasions. It could be something as simple as eating lunch with him and he turns around to anonymously pay for several unknown strangers around us or him helping out with some excavation needs around my house or my parents land in Owasso, Oklahoma…..all of this on his own time off. He has never hesitated to lend a hand himself or offer his assistance in any way. I could go on and on. On numerous occasions I have seen his loving interactions with his wife and son, as well as his other family members. I can really tell they all cherish and feed off of his positive attitude and beaming smile.
Levi & I have briefly spoken about what happened in Washington DC and all that went on that day. I truly feel he has been honest and I trust him

**when he says he has learned from this experience.**

**Thank you for your time and again for the opportunity to tell you about my colleague and friend, Levi Gable.**

**Michael Christenberry**
**OSP Engineer**
**American Electric Power**
**918-284-3413**

This character reference letter was written by:

**Mr. Michael Christenberry II - michael400ex@att.net**

On:

**30-Nov-2022 12:54:59**

Residing at:

**8827 N 128th E Ave**
**Owasso, Oklahoma 74055**

20-Dec-2022

**Dear Judge Jia M. Cobb -**

**I am writing this letter in behalf of Levi Gable, a family friend. My name is
Jerry (Matt) Sanders. My address is 19107 S 46th E Ave, Bixby, OK 74008.
I am the manager at Discount Tire in Tulsa Hills. I am writing this letter to
share what I know to be true about Levi.**

**I originally met Levi through the relationship his father had with mine.
Although I've known Levi since he was a child, it wasnt until the last 6-8
years that I've been able to really get to know Levi and who is is as a
friend, husband, father, and son.**

**I would like to share an example of who I know Levi to be and the main
reason I want to write this letter for him. My dad worked for his family's
company for 20 plus years and was like an uncle to Levi. When there was
an upheaval in the company, Levi moved into a place of leadership. He
treated my dad with the utmost respect and never acted superior to him in
any way. When my dad became sick, Levi went out of his way to help and
treat my dad and our family above and beyond. One instance that really
sticks out is Levi continuing to pay my dad a full 40 hour check for several
months after his advancing cancer prevented him from working. There
was never any mention of repaying this to him or the company. He was
there for us and has maintained a relationship with our family, even after
my dad's death, through company events and as a customer at my
business. I know that my mom and I can count on him for help even now if
needed.**

**Levi has overcome many challenges. He has proven himself responsible
and full of integrity. Levi consistently pushes to better himself and do right
by those around him. I now consider him a good friend.**

**Sincerely,**
**Matt Sanders**
**918-557-1015**

This character reference letter was written by:

**Mr. Jerry (Matt) Sanders - Mattsandersnoles80@gmail.com**

On:

**20-Dec-2022 23:34:22**

Residing at:

**19107 s 46th e ave**
**Bixby, OK 74008**

30-Nov-2022

Dear Judge Jia M. Cobb -
I have known Levi for many years now. I became acquainted with him because we both work for the same customer. We are actually competitor's but we have a great relationship because Levi is such a good person. There have been several instances where I was in need of his help to complete a project and he came to save the day. He was in a unique position  because of his safety qualifications to work for this customer and could have charged me an exorbitant amount of money to help complete these projects. He did not.

 There also was one occasion where I had subcontracted his company to help me complete a project. Levi had found out from his field techs. that I had a Foreman on the job who was almost undoubtedly was using drugs. Levi called me personally and made me aware. He thought about me and the Company I work for and the liability and danger to us. I am very grateful to him for this.

 I also have had the opportunity to work with some of Levi's lead men. He has given these young folks great opportunities. It is known in our little group of contractors that Levi mentors these young men and inspires them to learn a trade and career that will allow them to be productive members of society.

I consider Levi and friend and it is a privilege to write this letter in his behalf.

Mike Early
903-748-0407

This character reference letter was written by:

**Mr. Mike Early - mearly@nantze.com**

On:

**30-Nov-2022 18:23:07**

Residing at:

**6707 North Hills Drive**
**Texarkana, Tx 75503**

05-Dec-2022

**Dear Judge Jia M. Cobb -**

**I wanted to write a quick note in regards to my good friend, Levi Gable. I've known Levi for 11 years. I met Levi thru his dad, Dan. We started as fishing buddies and over the years have turned into great friends. His family has become like family to me. He has amazing parents and has become an amazing parent himself. He runs a very successful and growing business. I have many mutual friends who are  employees of Gable's Excavating (Levi's company). Just last week at Thanksgiving, Randy told me a story of an employee showing up very late with a spare donut on his car from a flat while en route. The vehicle apparently had nothing but bald tires all the way around it. Instead of discipline or lectures. Levi had the vehicle taken to the local shop and put brand new tires all the way around. No charge whatsoever to the employee. He had nothing to gain. No reason to spend his own money. But without hesitation.  He helped someone who needed it.  This story is one of many but it shows the true character of Levi Gable. We have had many conversations about life, family, and business over the years. And many recently about the legal situation that he is going thru now. Levi is a great man, an outstanding father, and a great business man. I don't know where this situation will take Levi. I do know that when it comes to a great man with a great heart. The world woul be a better place with more Levi Gabes. I truly believe that.**

This character reference letter was written by:

**Mr. Shawn Morales - smoutside@hotmail.com**

On:

**05-Dec-2022 17:11:01**

Residing at:

**7254 Leaning Oak Lane**
**Kingston, Ok 73439**



05-Dec-2022

**Dear Judge Jia M. Cobb -**

**My name is Travis DeArmond. I am Levi's Nieghbor. I've known Levi for over a year now. We met one day when I was out fixing my fence. We talked for awhile. Right then I felt like this is the type of person that could be a life long friend. Since that day we have kept an eye out on each others place and have looked out for one another. As to the character of Levi. I was driving down the road one day and seen him out side of his build site. There were all kinds of backhoes, bull dozers etc. I pulled over and asked him what it would take to get him to help me out getting some old trees that had been cut up piled up so I could burn them. With no hesitation he gladly did so. He personally used one of his machines and did the work for me. It was so great to finally have my land cleared, and the best part was. There was no money involved. It was as simple as one Nieghbor helping out another neighbor. That is a rare thing these days and I try to live by this same example. Being a good person is one thing but being a great Nieghbor is far better in my book. I could go on with examples of how Levi has not only been a great Nieghbor and a friend to boot but I'm sure you already get the point. I believe I'm a pretty good judge of character and I will stand with Levi any day of the week and that's my word. Thank you for taking the time to read this and allowing me to write it. If you need anything else from me. Please just ask.**

This character reference letter was written by:

**Mr. Travis DeArmond - tray84@hotmail.com**

On:

**05-Dec-2022 21:26:08**

Residing at:

**14123 s 433**
**Chouteau, Oklahoma 74337**



21-Dec-2022

Dear Judge Jia M. Cobb -

Let me first introduce myself. My name is GaryAnn Tomkalski and my background has been as a school marketing representative for Coca Cola, volunteer coordinator at both RSVP (Retired Senior Volunteer Program) and Cancer Treatment Centers of America. I tell you this because during my experiences I have had the opportunity to see organizations flourish and struggle.

Ultimately, it comes down to management, organization and leadership. Levi Gable possesses the characteristics that make Gable's Excavating, Incorporated (GEI) a company that flourishes.

I first met Levi when I interviewed and began my employment nine months ago in an administrative position at GEI. During this time, I have been able to see firsthand how he operates an extremely successful company, while meeting the needs of the client and respecting the efforts of his employees.

It is my understanding Levi worked his way up from the ground floor to his present position as vice president. He began learning the company from the very lowest level. Thus, he does not ask his employees to do a job that he hasn't already done himself, which makes him the best kind of manager.

He is a bright, intelligent and committed young professional who gives his employees every opportunity to succeed but holds each of us accountable for the betterment of the company and each other.

As serious as he is about everything he does for GEI, the human side of

**Levi is frequently exhibited. One example – when he learned that a newly hired employee and his pregnant girlfriend were living in their vehicle in 100-degree heat, Levi, at his expense, put the two of them in a hotel until they were able to get on their feet.**

**In my time with the company, I have seen the compassion, concern and professional business acumen that Levi possesses to make a positive impact on the staff and community.**

**Thank you for the opportunity to share my thoughts of Levi.**

**Sincerely, Gary Ann Tomkalski**

This character reference letter was written by:

**Mrs. GaryAnn Tomkalski - garyannt@cox.net**

On:

**21-Dec-2022 08:54:49**

Residing at:

**3404 S. Umbrella Ave
Broken Arrow, Oklahoma 74012**

05-Dec-2022

**Dear Judge Jia M. Cobb -**

**I am very honored to say I am Levi's wife, Anna Gable. I use that word because Levi is one of the most extraordinary men I know. He is dedicated, hard working, loyal, and I am very lucky to be married to him.**

**Levi and I met in 2011 and very quickly, he proposed to me. Everyone thought we were crazy (including myself) but, we got married within a year. He has been the greatest life partner I could ever ask for.**

**Back then, he wanted to run his family business. He worked long hours, and did side jobs to prove his worthiness. He finally worked his way to the top. Since then, he runs that company, very successfully. He has also started a few companies that he spends his free time on. This year, he also helped me open a salon for myself. I could not have done it without his business sense. I'm very thankful to now call myself a business owner.**

**He also is a very doting father. We have a 10 year old son, named Levi. We call him Tiny because he is a "tiny Levi". Tiny loves spending time with his dad. He loves learning how to bow hunt, and fish with his dad. My son also started working summers at GEI, with the help of his dad. At 8 years old he achieved his first goal of making $500 dollars that summer working for his dad.  We also share 9 nephews and nieces together who play an important role in our lives. Family is huge for us. Living on a ranch we have a special bond with our family. We are all building houses on the family land. We spend most of our weekends together. We also spend dinner together atleast 3 nights a week. We are very blessed to have our family surround us daily.**

**Levi has also donated his time, with my son, to the Chouteau Cubscouts.**

**He also helps run his family ranch. Levi loves to work.**

**On his free time, he takes me on vacations and date nights. After 10 years of marriage I can honestly say I am more in love with him today than when I met him. He puts the work into our marriage like no one else our age. He comes from a very good family, who has now become my own family. His parents are the best role models I could ask for. They have been married for 40+ years.**

**Thank you for taking the time to read this letter,**

**Anna Gable**

This character reference letter was written by:

**Mrs. Anna Gable - Anna_gable@yahoo.com**

On:

**05-Dec-2022 17:25:12**

Residing at:

**1501 W 630**
**Chouteau, Ok 74337**

05-Dec-2022

Dear Judge Jia M. Cobb -

It is an honor to write this letter in support of my friend Mr. Levi Gable.  I have known Levi for 8 years as a great friend and business associate. During the time I have known Levi he has been very loyal and dedicated to his work and family.

Which is the reason for me writing this letter for Levi, because as long as I have known him, I have considered him to be a very genuine person to everyone he has been around.   Levi is a great leader for his employees and friends and will lend a hand whenever possible.   Levi is continually talking about ways to improve himself, his business, and his employees.

Hopefully you will be able to show Levi some leniency in the sentencing for the unfortunate events that happened on January 6th.   Levi is a great person, leader, and valuable member of society.   He was caught up in the moment and made a poor decision that he truly regrets.

Thank you for taking the time to read this letter.

Sincerely,

Aaron Simms


This character reference letter was written by:

Mr. Aaron Simms - aaronsimms@capitalmachine.com

On:

A-21

**06-Dec-2022 08:51:48**

Residing at:

**8268 West 72nd St.**
**Tulsa, OK 74131**



29-Nov-2022

**Dear Judge Jia M. Cobb -**

**My name is Andy Jordan.  I have worked for Ditch Witch of Tulsa almost 27 years.  During that time I have had the privilege of working with Gable's Excavating and the Gable family.  They are highly respected in the Underground Construction industry and I have always been eager to recommend them.**

**Under Levi's leadership, the Gable's tradition of solid work ethic and professionalism has continued.  A few years ago, I was fortunate enough to be invited to the company Christmas party at their property in Mayes County.  Gable's employees and their families were in attendance.  They had excellent food, campfires scattered and even a video game trailer for the kids.  It was a very family friendly, wholesome environment.**

**I have seen Levi grow into a solid professional and compassionate leader at Gable's.  The company continues to prosper under his guidance, even in these difficult times.  Please consider, not only Levi and his family, but also the approximately 35 employees and their families.**

**Thank you for your time and consideration.**

**Sincerely,**

**Andy Jordan**

This character reference letter was written by:

**Mr. Andy Jordan - Ajordan@ditchwitchok.com**

On:

**29-Nov-2022 07:13:29**

Residing at:

**16965 North 97th East Ave**
**Collinsville, OK 74021**

30-Nov-2022

**Dear Judge Jia M. Cobb,**

**I am writing this letter as a reference for Levi Gable. I have known Levi for about 10 years. During this time, I have seen Levi grow as a person and a devoted man to his family. Levi is a leader by nature and someone I have always known to stand up for what's right. I respect Levi as a man, father, and loving husband to wife, Anna. Please do not hesitate to reach out to me directly if I can be of further assistance to Levi and his family.**

This character reference letter was written by:

**Mr. Brett Copeland - brett.copeland@equipmentshare.com**

On:

**30-Nov-2022 14:18:03**

Residing at:

**14280 S. Joplin Ave.
Bixby, Oklahoma 74008**

A-25

26-Nov-2022

Dear Judge Jia M. Cobb - Levi and his family are good friends of myself and my family. I went to work for him 7 years ago and he was more like a friend than a boss. We worked hard together and when there was time for fun, there was some good times that made great memories for us all. He is a very fair and descent person. He was good about given people many chances when they made costly mistake. And was always passionate about his family, company, and his patriotism  for his country. I know that he is a very honorable person. I'm proud to know him and his whole family. I have moved on to other employment opportunities but still remain friends with him and his family to this day.

This character reference letter was written by:

Mr. Character Reference Letter for Levi Gable Herman David Kennicutt - nowhereman1971@yahoo.com

On:

26-Nov-2022 13:11:48

Residing at:

30532 E. 138th St. S.
Coweta, Oklahoma 74429

27-Nov-2022

**Dear Judge Jia M. Cobb,**

**I have known Levi for 12+ years, I was a groomsman for him the day he married Anna. The words determined, driven, and capable come to mind when you try to summarize Levi.  He and I both share the morale fiber of integrity, and believe in following through on your word. Those core values have made it easy for us to be great friends.**

**From my perspective, his high value of right and wrong, and belief in the ability to make a difference is what lead him to DC that day to peacefully support his beliefs.  Levi is a leader to his family and employees, and all around good guy.**

**Regards,**
**Chris Haws**

This character reference letter was written by:

**Mr. Chris Haws - Haws321@yahoo.com**

On:

**27-Nov-2022 12:28:52**

Residing at:

**508 E 117th St**
**Jenks, Ok 74037**

A-27

17-Nov-2022

**Dear Judge Jia M. Cobb,**

**I have had the pleasure of working for Levi's company GEI Utility Construction Company as a marketing / consulting vendor for 3+ years and during that time I have witnessed:**
**1. Kindness**
**2. Professionalism**
**3. A Sincere Desire to Treat Clients, Employees and Customers with the Highest Levels of Respect**

**I have also had the pleasure to hire Levi's company to provide service to our company and during that time I have found him to be responsible, accurate, on-time and easy to work with.**

**As a friend Levi has always been kind, courteous and trust-worthy.**

**Sincerely,**

**Clay Clark**

This character reference letter was written by:

**Mr. Clay Clark - founder@thrive15.com**

On:

**17-Nov-2022 19:40:07**

Residing at:

**3920 West 91st Street South**
**Tulsa, OK 74132**



01-Dec-2022

**Dear Judge Jia M. Cobb -**

 It has come to my attention that my friend Levi Gable has gotten himself into trouble from a trip he took to see our nation's capital and has been unfairly subjected to our judicial and criminal justice system. I'm writing this because I too was suppose to be on this trip, if it wasn't for my dogs having a litter of puppies on the ground. He admires our country's greatest strengths and weaknesses just as I do too. Who wouldn't want to see our country's judiciary system first hand and explore the halls of our capital!! My younger brothers grew up playing football with the Gables and I've personally seen firsthand how strong his families ethics are through Levi. One time in Keystone Colorado(I had gotten altitude sickness) we were shredding the gnar, I lost control flipping end over end and taking out several people, and hurting my shoulder.  Levi picked me up and carried me down the mountain to keystone medical. Not only did he pay for my initial $850 bill. He bought my dinners the rest of the trip! I can't say enough about the human being his parents raised (even though he's not taken me fishing yet) I'm sure if something happens to me then, I'd be taken care of....

   I think anyone who has friends like the Gables could go on and on about the type of humans they are living amongst us ordinary people.

                                    **Mr. Bear**

This character reference letter was written by:

**Mr. Cody Bear - Wnnaply@aol.com**

On:

**01-Dec-2022 21:34:19**

Residing at:

**17602 s. 337th e. Ave-tract A
Porter, Ok 74454**



17-Nov-2022

**Dear Judge Jia M. Cobb -**

**I met Levi through us being a vendor for his business.  The integrity people view of him and his business are top notch.  Not only has he been great to work with, he and his family have become very good friends of ours.  There is no doubt about it Levi has been a great asset to our industry and society.**

**Best,**
**Court Pratt**

This character reference letter was written by:

**Mr. Court Pratt - prattco@hotmail.com**

On:

**17-Nov-2022 08:36:31**

Residing at:

**7024 E Oak Ridge Street**
**Broken Arrow, OK 74014**

05-Dec-2022

Dear Judge Jia M. Cobb -

My wife's family has known Levi's mother for forty five years, and Levi's dad as long as his parents have been married. My wife's family has known Levi his entire life.

I have known Levi on a personal basis for almost two years. Levi and I met in the process of my son and I meeting to build Levi and his wife a new house.

I have been around Levi , and his wife Anna a lot over the past six months. In the time we have been together I have found that Levi has had excellent integrity in all of my dealings with him.

Levi has always been willing to listen to  and fairly evaluate any situations that have risen from the building process, and then make reasonable decisions.

Myself being a veteran of both the military and law enforcement I feel that I am able to read peoples character and integrity. In my experience and belief I feel Levi has great character and integrity.

Levi appears to be a very good father, husband, son, brother and a friend. I admire Levi's work ethic and his fairness in those he deals with.

Your Honor thank you for your time in reading this letter.

I believe Levi will not let any of us down, and is and will be a very productive member of our society.

Darrell Moody

This character reference letter was written by:

Mr. Darrell Moody - Dep606@hotmail.com

On:

**05-Dec-2022 16:49:22**

Residing at:

**6492 N 134th E Ave**
**Owasso, Oklahoma 74055**



08-Dec-2022

**Dear Judge Jia M. Cobb -**

**The time that I've known Levi gable he's been nothing but amazing to me and my family. I needed a second chance and need someone to believe in the hard work and dedication that I could put into a company and he did just that. He is a family first guy and I've seen how much he cares about them. Mistakes happen and I can guarantee he knows and understands his.**

**Sincerely Geoffrey Adrin**

This character reference letter was written by:

**Mr. Geoffrey Adrin - Geoffreyadrin87@icloud.com**

On:

**08-Dec-2022 07:24:19**

Residing at:

**8337 E 81st**
**Ok, Ok 74133**

A-35

**17-Nov-2022**

**Dear Judge Jia M. Cobb -  I have always found Levi to be very honest and out standing person. We have done business together for over 15 years. His company does boring and excavations for my company to install electrical power   He is always very good to do what  there contract is for. Should a problem come up he is very quick to get it taken care of.  Levi is a very good And honest person. Hard to find is quality this day and time**

This character reference letter was written by:

**Mr. Ioe Ousley - dooleyelectric@gmail.com**

On:

**17-Nov-2022 19:38:24**

Residing at:

**4870. W 79 th Street
Tulsa, Oklahoma 74142**

05-Dec-2022

Dear Judge Jia M. Cobb—
I am writing this letter on behalf of Levi Gable, my oldest brother. I have never been around a person that did not like and respect Levi. He is always willing to lend a hand or help out with whatever the case may be. I know him on a few different levels because he is my brother and my boss. I have had many bosses and I have never had a better boss than Levi. He is one of the hardest workers I know. He takes his position seriously and values every single employee and takes great care of us. Many many people rely on him every single day. He is always looking for ways to improve himself and he takes classes to be a better leader. Not only does he have a whole company that looks up to him and counts on him he also has a son and wife that mean the world to him vice versa. Levi is highly regarded by all of those that know him and he is well known and respected in our community.

This character reference letter was written by:

Mr. Jacob Gable - Jvgable@icloud.com

On:

05-Dec-2022 18:34:48

Residing at:

12110 S 234th E Ave
Broken Arrow, Ok 74014

A-37



Jeff Wellemeyer
Jeff@Wellemeyer.com
+1-502-417-7060 Direct

Executive Assistant
Jennifer Wells
JWells@Wellemeyer.com
+1-502-667-5112

12 December 2022

The Honorable Jia M. Cobb
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001
Cobb_Chambers@dcd.uscourts.gov

      **Re:   USA v. GABLE (1:22-mj-00114-RMM)**

Dear Judge Cobb,

      I am writing in reference to case 1:22-mj-00114-RMM titled USA v. GABLE, and pursuant to my firsthand experience with the defendant in the matter, Levi Gable.

      First, I would like to make it categorically clear that I condemn the actions of every person involved in the unprecedented events that occurred on January 6, 2020.  In my lifetime, this was in my opinion the biggest assault on American democracy that I have ever encountered.  It will forever live in my mind, along with September 11th, as one of the most consequential and deliberate attacks on America in the history of our country.

      I would also like to be clear that I do not share many common political views with Mr. Gable, despite us being very good friends for the last six (6) years.  As I know you do not know me, I have attached a brief bio of my background. Not that it matters, but it may serve as a basis of the assertions I have made.

      When I saw the video and the documentaries of what happened on January 6th, my anger level with Levi reached a point where I stopped following Levi on social media platforms and he and I did not speak for over a year.   I was very angry with Levi, and still am, for him even being associated with the events of that day.

I have a unique perspective on Levi Gables involvement in what occurred on January 6th, as he left my resort in Antigua and Barbuda in the West Indies on January 5th 2021, where he and his family were on vacation, to travel to Washington DC.  We were together every day for the previous week, and we had a lot of discussion about his plans to travel to Washington, DC for the Trump Rally. I expressed to him how it made no sense to leave the 80+ degree weather of Antigua to stand in protest at the nation's Capitol.

Over the years, in my career I had two occasions that I have interacted with Donald Trump in business. Neither time was indicative of a person that I would want to lead my country, and I was not a fan nor a supporter of his presidency.

When Levi left Antigua, the discussion was about him going to hear President Trumps address and to witness history if Vice President Pence refused to certify the election like the rhetoric President Trump was relaying to his supporters.   I told Levi that the only "history" that was going to be made on January 6th was him standing in the cold listening to Trump spout baseless claims about a stolen election.  Levi said he didn't care, he just wanted to go see Washington DC and see what all this talk was about.

I obviously was wrong as an extremely disappointing page in our nation's history was written.

Irrespective of Levi's actions on January 6th, I can tell you that when he left me in Antigua he was not of any mindset that he was going to be part of anything crazy.  There was no discussion or even thoughts that anything would transpire the way it unfolded.  I can tell you unquestionably that Levi did not go to Washington with any intent to cause an insurrection, storm the Capitol or in any way participate other than to "witness history"

On January 6th, we all witnessed what happened at the Capitol and saw the unnerving news reports about what was occurring; however, for most of us it was days later when the full impact of what occurred sank in. Honestly, it was not until I watched several of the documentaries since then that I really grasped the entire extent of the assault on our country.

Several days later, I spoke to Levi by phone and he described to me exactly what happened.  He said by the time he got to the Capitol building, the Capitol police were waving people into the building.  He said he didn't see all that had happened at the main entrance until he watched it on TV and he was in shock about what had occurred.  He said, "obviously, that is not what I was there for" and couldn't believe what happened.  He said he wasn't sure what he

had in his mind about what was going to happen, but thought of it more as a mass protest than what actually occurred.

After that time, I distanced myself from Levi for nearly a year as I refused to be associated with anyone that participated in such an event.

After Levi's arrest, I pulled all the documents and witness statements from Pacer and went through the photos and evidence as I was still really questioning his involvement in the events of January 6th.

I can affirmatively say that in the photos of him captured by the security footage, he can easily be seen taking photos and videos while calmly walking around the Rotunda.  He does not have a mask, hat or anything else concealing his identity and stands out as being nothing like the others involved on January 6th.

I can tell you that if I had any knowledge, evidence or belief or had there been photos or video of Levi attempting to conceal his identity, doing anything other than taking photos, or being anywhere other than in front of the ropes in the public area of the Capitol Building, I would not be writing this letter.

There are very few people that I know that, in their adolescence, have made very large mistakes, been through the US Justice System, and have gotten their lives in order to the level of Levi.  He made a mistake at 19 years old that has haunted him every day since. And to the point that, when I met Levi the first time 6 years ago, it came up in our first conversation.  But since that point in his life when Levi married Anna, they are wonderful parents to their son Tiny.

Levi also has taken his struggling family business and, nearly singlehandedly, turned it into a multi-state, multi-million dollar business by dedicating his life to achieving something his parents had not been able to accomplish.  After the news of Levi's arrest, his business took a significant reputational hit from which they are still trying to re-coup.

While I unconditionally do not agree with what happened on January 6th, I can say with a very high degree of certainty that while Levi knowingly put himself in a bad position, he was in the wrong place at the wrong time and his intention was not bad, nor was there intention to overturn an election or verification vote by force.  I know Levi well enough to know there is no chance he would knowingly break the law, or unlawfully enter a government building.  He would not put what he built all these years, or his family, in danger.

Your Honor, I ask you to please consider Levi's intention, and the fact that he did not realize that he was trespassing on government property, in his sentencing.  He did not force his way into the Capitol, he simply walked in while being waved in by Capitol police.  He did not deface, defame, or even disrespect. I also ask that you understand that Levi is not anything like the monsters we sat and watched on TV and in the documentaries destroy our Capitol building and deface our country on January 6, 2021.

If there is anything I can tell you further, or if I can answer any questions, please feel free to reach out to me at any time.  Additionally, if you would like me to come to Washington, DC to testify in person at Levi's sentencing hearing, I am happy to do that as well.

Very Truly Yours,

Jeff M. Wellemeyer

**Jeff Wellemeyer**

Jeff Wellemeyer is a visionary and serial technology entrepreneur.  Starting his first company at age 15, he has founded and owned a multitude of companies spread across a number of industries ranging from global telecommunications and cloud software development in machine learning and artificial intelligence to property development and Casino Gaming.

At age 17, while in high school, he developed the first solid-state voice mail system winning the technology innovation award at the 1991 International Consumer Electronics Show in Las Vegas. Fascinated with the casino gaming industry, in 1992, he developed a chip counting technology using optical lasers that would allow a casino to keep track of their table win in real-time.  The system would then poll the various tables and provide a real-time accounting and audit capability for the casino floor.

In 1993, he founded VirtualPAY, the first Internet electronic payment lockbox, and was the first to utilize ACH for automatic payments and financial transactions over the Internet.  He developed the first Internet payment and transaction system that is used for conducting online bank transactions, selling the company to the National Processing Company (NYSE:NAP) in 1994.

In 1995, Wellemeyer created the first multi-point high-speed Internet access technology.  ViperLink is credited as the catalyst that created the multi-point wireless delivery technology used in most modern wireless broadband networks.  He grew the company, building out wireless networks in 9 cities throughout the US, before selling the business to Microsoft co-founder Paul Allen in 1998.  Subsequent to selling the business, he became Chief Technology Officer for Vulcan Ventures Darwin Networks and led the engineering and technology development for the organization.

Partnering with casino mogul Richard Schilling, in 2002, he co-founded SW Gaming (Schilling-Wellemeyer Gaming), which developed and built Harlow's Casino Resort & Spa in Greenville, Mississippi. Harlow's is an "Old Hollywood" themed, 133,000 square foot casino, a 105-room hotel, 2,500-seat entertainment center with three restaurants, and is located on the Mississippi/Arkansas line at the base of the Mississippi River plateau.  SW Gaming sold Harlow's Casino and Resort to Churchill Downs (NYSE:CDN) in 2010.

In 2000, he developed the first cloud-based IP PBX service and founded Smoothstone.  Over the next 11 years as the market morphed, he expanded to services to 14 countries and pioneered the global cloud-based Unified Communications market (UCaaS).  In 2011, Smoothstone was sold to the West Corporation (NASDAQ:WSTC), setting off the foundational market valuations for the worldwide UCaaS market.

Following the acquisition by West, the became the CTO and Executive Vice President for West Corporation (NASDAQ:WSTC) responsible for innovation and product development for the USD$3.5 Billion telecommunication and enterprise services organization with 35,000 employees and doing business in 106 countries.

JM Wellemeyer Public Bio and Personal References

Currently, he is Chairman of VeilWatch and two other start-ups in the visual analytics, machine learning/artificial intelligent space, and is a limited partner and advisory board member of two Venture Capital/Private Equity Firms.  He is also Chairman and CEO of JSN Development Group, which recently opened the USD$100mm+ ultra-luxury resort, spa on the Island of Antigua and Barbuda in the West Indies.

Mr. Wellemeyer is a licensed Private Pilot; Coast Guard certified captain and a licensed real estate agent.

**Personal/Business References**

**Jon Spector**
President and CEO
The Conference Board
845 Third Avenue
New York, New York 10022
212-759-0900

**Todd Strubbe**
President and Chief Operating Officer
Verisign (NASDAQ:VRSN)
12061 Bluemont Way
Reston, Virginia  20190
703-948-3200

**Bret Maxwell**
Co-Founder and Managing Partner
MK Capital
212 Skokee Boulevard
Chicago, IL
312-324-7701

**Leo Whitt**
Managing Director
Baird
777 East Wisconsin Avenue
Milwaukee, WI 53202
502-897-0589

**Tom Barker**
CEO
West Corporation (NASDAQ: WSTC)
11808 Miracle Hills Drive
Omaha, NE 68154
402-305-1000

**30-Nov-2022**

**Dear Judge Jia M. Cobb -**

**I am writing you today on behalf of Levi Gable.**
**My wife and I met Levi and his family quite a few years ago.   We have done business together and Levi has always held up to his end of the bargain.**
**Always there to lend a hand and see a project Thru.   In today's world it is quite rare to see a young man with his motivation and drive.   I have watched the influence he has on his son rearing him and the love between he and his wife.   Simply said,  impressive.   I have written one other letter like this in my life,  but have sent Many Recommendations letters on behalf of friends and Associates.   Please accept and appreciate the sincere intentions of this reaching out and thank you for your time and consideration.**
**Regards Kary L. Bryce**

This character reference letter was written by:

**Mr. Kary Bryce - kary@pmidelivers.com**

On:

**30-Nov-2022 05:28:40**

Residing at:

**1630 hwy 532**
**Dubberly., La 71024**

05-Dec-2022

**Dear Judge Jia M. Cobb -**

**I am writing this letter in reference to Levi Gables.  I have personally known Levi in a coworker type capacity for about 10 years. During this time, Levi has proven to be a punctual, responsible individual. Often times he has been trusted with overseeing and carrying out intricately detailed projects and Levi has done this with excellence, whilst maintaining great relationships with others and contributing to great team morale.  Levi would be someone who I'd describe as one who would give his shirt off his back for anyone.  I have always enjoyed working with him as I've had nothing but positive dealings with Levi, and honestly have never heard a bad word about him from anyone else either.**

**Sincerely,**
**Klayton J. French**

This character reference letter was written by:

**Mr. Klayton French - Klayton.french@yahoo.com**

On:

**05-Dec-2022 19:05:41**

Residing at:

**44799 Ruben Rivers Road**
**Tecumseh, Ok 74873**

**06-Dec-2022**

**Dear Judge Jia M. Cobb -**

   **Good day to you,  I'm writing to you in reference to Levi Gable who is appearing before your court. I am aware of the situation and feel I should write you about my friend.**
   **I've known Levi coming on 9 years now and have and have seen first hand his love for his wife, son, family, and friends.  When he is needed, or asked for help with anything, he is there in a heart beat for assistance.**
   **Levi is very devoted to his beliefs.  I know this due to his actions with work, family and life.**
   **I can understand the difficulty of your position for this circumstance.**
   **In summary, Levi is a great friend, father and husband.  He does have great character towards the previous mentioned as well as strangers he meets seeing it first hand.  I hope in good faith you will take into account of this letter in support of my friend Levi Gable when making a decision.**

**Thank you for your time!**
**Martin Stewart**

This character reference letter was written by:

**Mr. Martin Stewart - Martystewart101@aol.com**

On:

**06-Dec-2022 09:10:55**

Residing at:

A-47

**1407 N 18th Pl**
**Broken Arrow, Ok 74012**



07-Dec-2022

Dear Judge Jia M. Cobb -  I would like to start off with thinking you for taking time out of your day to read this encouraging letter.  I have had the pleasure of knowing Levi now for over 8 years, and have gained a lot of business skill sets from him on a weekly basis.  I also would like to say he has taken crews and teams to greater heights with his coaching and leadership skills.  Levi teaches all to not only be a student but a teacher as-well.  There is not another team that has the morale his teams in the field have without him leading the way .  Levi and I met through business and with his ways in life and teachings I not only consider him a leader but a friend.  I am honored to have met Levi and became friends with him and his wife and son thanks Zach Nelson.

This character reference letter was written by:

Mr. MEP General Superintendent Zachary - zach.nelson@jedunn.com

On:

07-Dec-2022 18:36:15

Residing at:

10806 N 98th E Ave
Owasso, Ok 74055

22-Nov-2022

Dear Judge Jia M. Cobb -

Greetings,

I am writing this letter in support of my nephew, Levi Gable. I cannot honestly say I know him well. I know of him, some of his history, and somewhat of who he is now. I last saw him in his home in March, 2022. I know he has a somewhat difficult past. And I know that he is no longer the same person he was at one time.

I believe and have seen evidence that he is an honest, decent, hard-working man, a dedicated husband and father, and patriotic American. You don't necessarily have to know someone intimately to determine those things; they are evident. I know he has taken the reigns of his family's business, built by his father and grandfather. During our visit in March, I saw the respect he has among his family, some of his friends, and some of business associates. Also, I experienced the respect and care he demonstrated towards me and my wife, his aunt. He is obviously looked to as a leader in his family.

I also know he was in the Capital on the infamous date of January 6. I learned of it from his father and didn't discuss it directly with Levi. It's entirely possible that had I been there on that day, I also would have entered the building out of curiosity. I do not for a moment believe Levi is in any way a seditionist or that he had any intention of subverting or causing harm to our nation or government. (It almost seems ludicrous to even write those words.) I would ask that you listen carefully to what he says about that day and his motivation for being there. I would also ask that you extend to him any benefit of doubt.

**Sincerely,**
**Milan Janicich**
**770 N 5th Street**
**Aumsville, OR 97325**

This character reference letter was written by:

**Mr. Milan Janicich - jjaammaa@aol.com**

On:

**22-Nov-2022 12:11:11**

Residing at:

**770 N 5th Street**
**Aumsville, OR 97325**

A-51

05-Dec-2022

Dear Judge Jia M. Cobb -I have known Levi Gable for the last 5 years as a contractor and personally enough to be at his home for a holiday event. I know Levi to be honest and courteous a good father and husband his employees hold him in high regard.

This character reference letter was written by:

Mr. Outside Plant Engineer Bryan Radosevich - rhinovich66@gmail.com

On:

05-Dec-2022 16:58:57

Residing at:

500 East Limestone
Disney, Oklahoma 74340

30-Nov-2022

**Dear Judge Jia M. Cobb - I have know Levi for about 12 years. During that time he has always been kind and courteous to me and my family. He has always taken time help me anytime it was needed. My children and his son have played together many times.**
**Levi has always appeared to be a great father and husband to his family.**
**Levi and his Family are Always Welcome where I am.**
**Thank You for your time**
**David Cleveland**

This character reference letter was written by:

**Mr. Owner Cleveland Enterprises David Cleveland - sc496dc@gmail.com**

On:

**30-Nov-2022 15:12:33**

Residing at:

**356493 East 1030 Rd**
**Prague, Oklahoma 74864**

18-Nov-2022

**Dear Judge Jia M. Cobb -**
**I am writing this on behalf of my younger cousin, Levi Gable.**
**While Levi and I are separated by thousands of miles, we remain close and**
**our families are tight. When my family and I last visited Oklahoma it was**
**unfortunately due to the death of our beloved grandmother. Levi was**
**instrumental in coordinating the service, helping house and care for other**
**family members that were struggling and showed great strength, love, and**
**humility during the entire process.**
**Levi had some troubles when he was younger, as most have, but made a**
**complete about face and was able to take the reigns of the family**
**business in a short time and the business is thriving under his leadership.**
**Levi's family relies on him as the primary breadwinner and his employees**
**and customers  rely on him as the leader that he is.**
**Please consider these things when making your judgment.**
**Kind Regards,**
**Richard A Sanner**

This character reference letter was written by:

**Mr. Richard Sanner - rrsanner@gmail.com**

On:

**18-Nov-2022 16:13:33**

Residing at:

**680 West ida Street**

A-54

**Stayton, Oregon 97383**



15-Nov-2022

**Dear Judge Jia M. Cobb -**

**I was working in Oklahoma when Levi (my cousin) was very young. I enjoyed being his mentor and remember how excited Levi got any time I came over to his house to visit.**

**I moved back to the Northwest but stayed in touch with family in Oklahoma. It was always pleasing to get news of Levi's growth into a hard working young man including his marriage and the building of his family.**

**I know he is doing good things for the company he leads and has become a very successful businessman. My son applied for a job with Levi's company and my son remembered the interview with Levi and appreciated Levi's honesty and sincerity. Levi  knew my son was overqualified for the position and encouraged Justice (my youngest son) to keep looking for a job. And eventually Justice did find the right job and he gives Levi some credit for encouraging him and helping him to keep up the job hunt because Justice had become very discouraged.**

**This one personal story says a lot about Levi's character. His ability to identify talent. His ability to do what is right for his company and make good business decisions. And most importantly, his genuine love for his friends and family to take the time and give someone a boost when they really need it. I had a similar experience from Levi's father when I was a young man. The apple doesn't fall far from the tree.**

**Sincerely,**

**Robert Brown**

This character reference letter was written by:

**Mr. Robert Brown - rvkmbrown@gmail.com**

On:

**15-Nov-2022 18:17:11**

Residing at:

**11301 SE 10th ST #42**
**Vancouver, Wa 98664**

06-Dec-2022

**Dear Judge Jia M. Cobb -**
**I have been acquainted with Levi Gables for 6 years. In that time we have**
**become good friends. I have watched him take over the family business,**
**turning it into a thriving company. He takes care of his employees and of**
**family and friends.  He would help anyone in their tine if need.**
**In my many years, very few people that work to ensure their employees**
**and families are taken care of. Throughout the pandemic he kept everyone**
**who wanted to work employed so that their families would have what they**
**needed.  He is definitely a pillar of the community.**

**Regards**
**Rodney Turner**

This character reference letter was written by:

**Mr. Rodney Turner - Rturner8715@gmail.com**

On:

**06-Dec-2022 06:25:42**

Residing at:

**1404 W Sandusky St**
**Broken Arrow, Oklahoma 74012**

19-Nov-2022

**Dear Judge Jia M. Cobb -**
**My name is Ron Lamb. I am a paramedic at Tinker Air Force Base,**
**paranedic/ff going on 23 years of service. I would like to express my**
**thoughts concerning Levi Gable and his family, which I am very thankful**
**for being apart of their lives. I know that Levi is a wonderful father,**
**husband, brothe, as well as a  good friend to me. I know that Levi is a hard**
**working, selfless individual and provides much needed positive**
**contributions to society. Levi I have seen many times selflessness, helping**
**others and allow others to use what he owns when others are in need. The**
**point I am trying to make is Levi is an above average individual who goes**
**above and beyond to help others and is a positive blessing to society…. we**
**need more people like Levi in society. He has raised an amazing family**
**and Im proud to see his accomplishments as he blesses those around**
**him. Thank you for allowing me to express mhat I have wirnessed and give**
**testimony of the good man Levi Gable is and the positive attribution to**
**society Levi is.**

This character reference letter was written by:

**Mr. Ron Lamb - Ronlamb918@gmail.com**

On:

**19-Nov-2022 16:48:37**

Residing at:

**PO Box 157**

**Broken Arrow, OK 74013**



14-Dec-2022

**Dear Judge Jia M. Cobb -**

**My name is Scott Wedman and I have the honor of writing you a character reference letter on behalf of Mr. Gable.  We are 4th generation cattle ranchers so I know a thing or two about being a good judge of character. Most of my business is done with a simple handshake.  Mr. Gable has the exact quality's I look for in  that handshake.  He is a honest, hardworking family man of pristine character as well as a successful business man. His word is his bond.  I have known him and his family for 10 years or more and he loves his country and is the perfect example of the American dream.   I have never came close to seeing him being in any way violent to anyone at anytime; however he will stand up as I would for what he believes in.  In my opinion we need more Levi Gables in this world.**

**Sincerely**

**Scott Wedman**

This character reference letter was written by:

**Mr. Scott Wedman - wedmans@yahoo.com**

On:

**14-Dec-2022 19:43:39**

Residing at:

177 cedar valley rd
Ponca City, Ok 74604



30-Nov-2022

**Dear Judge Jia M. Cobb,**

**My name is Shawn Lowman. I work with Levi every week consulting him on the growth of his companies. Over the last four years Levi has displayed consistency and diligence in the implementation of our advice. As a client he is an absolute joy to work with and has always been willing to go the extra mile regardless of wether or not he feels like it. Aside from being coachable and successful in his businesses, he is a friend. I have met his wife and family members. I have attended their family Christmas parties. As a father, husband and family member I perceive Levi as being a caring and excellent provider. The work he puts into his business is always focused on providing a better life for his families future. I can remember working with him through the transition of one of his companies from being ran by his father to being ran by him. I was impressed at his patience and understanding through the process as well as the generosity he showed in compromising to provide a more secure future for his parents by the end of the transition.**

**I hope this letter of good will finds you well.**

This character reference letter was written by:

**Mr. Shawn Lowman - Info@claystaires.com**

On:

**30-Nov-2022 17:53:56**

Residing at:

**14901 E 89th Pl N**
**Owasso, Oklahoma 74055**



01-Dec-2022

**Dear Judge Jia M. Cobb -**

**I am writing in refernce to Levi Gable.  I have known Levi since he was a teenager. He spent a lot of time with us, especially summers at the lake. He has always been a good friend to my son. In his adult years i have spent a lot of time with him and his family. He is always fun to be around. We do the same type of work. I enjoy discussing this with him because he has a great deal of knowledge and takes pride in his profession. He is always respectful and is a decent man that I feel privileged to know. I love him.**

This character reference letter was written by:

**Mr. Terry Collins - Terrycollins856@gmail.com**

On:

**01-Dec-2022 06:12:09**

Residing at:

**P.O. Box 743**
**Coweta, OK 74429**

17-Nov-2022

Dear Judge Jia M. Cobb,
My wife Kim and I first me the Gables as Dan(dad), Jakeiha(mom) Levi,
Eric and Jacob at Faith Baptist Church in Broken Arrow Oklahoma. I had
an opportunity to see the boys grow in the church until they went to
college. Kim and I love the family. Dan owned the excavation business and
my self an electrician/ project manager used Gables excavation on our
projects for excavation of electrical underground based on our
relationship in the church and the quality of work they performed and
stood behind. Fast forward to now we worship in different places and I
have been with Oil Capital Electric for 15 years and still use Gables
Excavation,  Levi Gables in particular because i know i can count on his
word, the workmanship and quality from his employees. Levi just
completed $240,000.00 project for me at 521East 2nd street in Tulsa. On
time and correctly. We depend on Levi and his crews.  Oil Capital Electric
does over 100 million in electrical work annually and we can only afford to
use the best in character and the best in quality. It's the OCE way. My
opinion of Levi is of the highest level.
Regards,
William Patterson
Broken Arrow, Ok 74012
918-606-4445


This character reference letter was written by:

Mr. William Patterson - ppatterson@oce.us.com

On:

17-Nov-2022 08:46:48

Residing at:

**505 S Sweet Gum**
**Broken Arrow, OK 74012**



30-Nov-2022

Dear Judge Jia M. Cobb -Dear Judge Jia M. Cobb:

My name is William C. Rosson, and I am writing this letter on behalf of Levi Gable.

I have known Levi since the year 2000 going into my Senior year of high school which would
have been his Sophomore year. I was not a close friend with Levi until around 2011 when he
started dating his wife Anna who is like a little sister to me. I was honored to have been able to
surprise Anna and Levi at their wedding in May of 2012 while still serving in the United States
Marine Corps. Over the years I watched Levi grow as a husband and father to his son Tiny Levi.
He is one of the hardest and most dedicated workers you will ever meet. As the Vice President of
Gable Excavating LLC., the company has continued to grow and prosper under his leadership
which, will keep with his vision for the future of the company to continue as a family run
business and provide job opportunities for others. Most VP's of a company do not actually go
out into the field and manually labor however Levi is a different story on numerous occasion he
has operated heavy equipment or a shovel to dig a ditch and help out his employees and getting
the job accomplished which, just shows the kind of leader his is. Levi is also one of the few non - veteran friends that I trusted to talk with and lean on after I got out of the Marine Corps when I
had difficulty adjusting to civilian life there was not a time that I could recall Levi, not being

available if I needed to talk. I have a lot of respect for him as a business leader and person. I say
leader and not boss because, there is a difference a boss just tells their employees what to do and
a leader checks on them and makes sure they have what they need to get the job done and also
get out there in the field and perform the grunt work with their employees when needed. And that
is Levi.
I'm proud to call him family and to have him as a friend.
Thank You your Honor for taking time to read this.
Will Rosson

This character reference letter was written by:

**Mr. William Rosson - rossonw@nsuok.edu**

On:

**30-Nov-2022 22:17:09**

Residing at:

**219 Mallot Beach Dr**
**Freeport, Florida 32439**

23-Nov-2022

**Dear Judge Jia M. Cobb -**
**I have personally and Business wish know Levi since 2015.**
**His Company (Gables Excavation Inc.) was my major contractor for**
**placing Fiber for AEP in Oklahoma, Texas, Arkansas and Lousiana.**
**Him and his company are of the highest integeraty. 3rd generation deep**
**company. Levi is a good example of how to run a company.**
**Sincerely**
**William H. (Bill) Young**

This character reference letter was written by:

**Mr. William Young - bamabillyoug@gmail.com**

On:

**23-Nov-2022 23:20:21**

Residing at:

**6289 Toda Ln**
**Milton, Florida 32750**

17-Nov-2022

Dear Judge Jia M. Cobb -

My name is Abbie Collins, I am a friend to Levi Gable. I have known Levi
for a little over six years, and I would like to take a moment to tell you a
little about the man I know him to be. Levi is a man that wears many hats,
he is a devoted husband, a loving father, a son, a brother, an uncle, and a
great friend. Levi and my husband Jeremy have been best friends since
middle school and they have remained best friends throughout their entire
adult lives. Although I addressed myself as a friend to Levi, that doesn't
quite do justice to describe our relationship with him. Levi and his wife
Anna along with their son are our chosen family. He is someone we have
chosen to be a permanent fixture in our lives and in our family. We travel
together, spend holidays together, have family dinners and just get
together to hang out, let our kids play and catch up on our busy lives. Levi
is someone we can count on to support us through the hard times and
someone that will be there with us to celebrate during all the great ones.

Along with all the above mentioned hats he wears Levi also runs a family
owned
business. He is a boss that is dedicated to his work and his employees. He
spends many additional hours outside the traditional work day to ensure
he has work for his employees so they can provide for their own families.
Most weekends you can find him at his family home working on land
improvements or at a job site making sure projects are being completed.
Levi is a productive member of society who prides himself in hard work
and is always striving to do better in every aspect of his life.

Levi is a great man, a man I am proud to know, a man I am proud to call
family. Thank you for taking the time to read my heart felt letter.

This character reference letter was written by:

**Mrs. Abbie Collins - abbiedcollins@gmail.com**

On:

**17-Nov-2022 15:15:50**

Residing at:

**103 North Broadway**
**Coweta, OK 74070**

17-Nov-2022

**Dear Judge Jia M. Cobb:**

**My name is Doniema Kolkmann, I am Levi's aunt and have had the pleasure of watching him grow up since he was a small boy into the husband, father, and business leader he is today.**

**Levi is committed to providing a better life for his son, Levi Jr. He donates his time with the Chouteau Cub Scout Pack 368, and through his ongoing involvement with Tulsa Young Professionals (TYPROS) and Associated Builders and Contractors Oklahoma (ABC), he is also working to better the community in which he lives.**

**Levi runs the day today operations for his family owned business which employs 40 people. He cares deeply about the well-being of the individuals and families that are the fabric of the company. I know he is deeply hurt about the impact this situation could have on them.**

**I ask the court to take into consideration Levi's active role in the community, his role in the family owned business, as well as the livelihood of the many families that depend on him.**

**Thank you.**

This character reference letter was written by:

**Mrs. Doniema Kolkmann - Djspearl@yahoo.com**

On:

**17-Nov-2022 09:52:16**

Residing at:

**1221 East 28th St**
**Tulsa, OK 74114**



30-Nov-2022

Dear Judge Jia M. Cobb -

I'm writing to you for my son Levi. He is the oldest of our 3 sons and very near and dear to my heart since his birth.

Levi has been always been, since his early childhood, a very exceptional child and precise in his mannerisms. He has grown to be an extremely thoughtful, organized and self driven adult. He is loved and respected by family and friends alike.

I am always amazed how he manages his time to achieve the goals he sets for himself. All while being a thoughtful husband and father and making sure he not only provides for them but often plans and enjoys special date/family time together with them.

My husband Dan and I just celebrated our 40th anniversary this year. Only a couple of days before our vow renewal the clergy was unable to attend. Dan ask Levi and he stepped in and prepared for our ceremony which made our event an even more special and engaging celebration.

We are in the process of building 3 homes together; ours, Levi and Anna's and Eric our middle son. Jacob our 3rd son will join us next year. Levi thankfully took the initiative to start the process and we hope to be completed by April/May.

Our three families are living on our acreage together while building. We share many meals, celebrations and time together which I love and cherish.

Levi is always eager to learn and grow from old and new experiences. He has become the driving force in our business that Dan and his grandfather started in the early eighties. He has grown and expanded our business with his knowledge and management skills.

Levi of course is not perfect but he's perfect for us. He loves hard and works hard. He has always been very respectful and held his father and I in high regard throughout his life. I could tell countless examples of why I

love him so much and respect the man he has grown to be.  Even though he is constantly busy he takes time to give the best strong hugs which always makes me feel loved and protected. In ending I can honestly say I know I can always count on Levi and he can always count on me.

Respectfully,

Jakeiha Gable

This character reference letter was written by:

Mrs. Jakeiha Gable - djg9729@aol.com

On:

01-Dec-2022 00:57:05

Residing at:

1501 W. 630
Chouteau, OK 74337

**17-Nov-2022**

**Dear Judge Jia M. Cobb - Levi and I first met in high school and has been a friend of mine ever since. I didn't see Levi for a few years after graduation but we later reconnected. Levi has been a great friend that I can discuss anything from the lake, to travel, to business with. Levi is in the family business and I also am in my family business, he has given advice to me and my husband that we both value. He's an extremely hard worker that always strives to stand out in his industry, but also be the best husband and father. He's an all around family guy, a friend you can count on, and a successful business man.**

This character reference letter was written by:

**Mrs. Jamie Meadors - jamiet10@gmail.com**

On:

**18-Nov-2022 17:03:46**

Residing at:

**21081 E 111th Pl S
Broken Arrow, OK 74014**

29-Nov-2022

**Dear Judge Jia M. Cobb -**
**I am writing to give character witness for Levi Gable.**
**I have known Levi & his family for 24 years. Levi is a special young man.**
**He was in the youth group at the church his family and mine attended**
**together and I was able to spend a lot of time with him at church camp and**
**church activities. He was a leader among his peers even at that age which**
**is seen in his leadership role with his work ethics now. He takes pride in all**
**that he does and it is seen in every endeavor he takes on.**
**I lost my husband to cancer in 2000. The youth group came to visit us one**
**night before my husband passed. Levi was the one who sat beside me and**
**put his arm around me to comfort me. It shows how much empathy that**
**he was willing to show even as a teenager. I have always had a fond**
**memory of that.**
**Levi has great love for his family which includes his extended family. He is**
**a man of integrity and even though he has made his mistakes, as we all**
**have, he took responsibility and learned from them.**

**Thank you**
**Joyce Townsend**

This character reference letter was written by:

**Mrs. Joyce Townsend - joy0154@yahoo.com**

On:

**29-Nov-2022 17:39:42**

Residing at:

**3060 Aikin Drive**
**Paris, Texas 75460**



25-Nov-2022

**Dear Judge Jia M. Cobb:**

**It is of great honor to be a character witness to one  Levi Gable.  Knowing Levi for seventeen years, I have watched him grow up for more than half his life. My relationship with Levi is different from the relationship he has with my husband, Mace McCan. Mace and Levi worked together on a one-to-one basis (his letter is separate) and through that, I know him and play Bunco with his mother and wife.**
**Having many children of my own, there are telltale signs when a child has made a wrong choice, but this was not one of them. Levi has grown from a boy who made a wrong turn, but as he has grown into a man, he looks mat looks me in the eye with confidence.**
**He is an outstanding father as he is a husband.**

**It is enjoyable to watch him grow his father's company, and what he has done in the time he has taken over. I look forward to what the future holds for him and his young family.**

**Very proud of who this young man has become, what he has overcome, and what he can achieve, gives me the motivation to write to you on his behalf. The best attorneys can be hired, but I know in my heart, it is really up to you, Your Honor. And because of this, I ask you to take the time to read all of the heartfelt references and dismiss all charges against him in hopes of preserving this man's life.**

**Thank you for your time,**

**Kelle Ann McCan**

This character reference letter was written by:

**Mrs. Kelle McCan - mkmccan@gmail.com**

On:

**25-Nov-2022 11:07:48**

Residing at:

**13500 South 4160 Road**
**Claremore, Oklahoma 74017**

**17-Nov-2022**

**Dear Judge Jia M. Cobb -**

**I first met Levi Gable a little over three years ago, when I applied for a job with Gable's Excavating. Little did I know at the time, what an amazing family I would eventually be blessed to work for. Levi leads us everyday and provides us with so much more than just a job. I've witnessed him on several occasions, provide his employees with more than a paycheck. He leads them to be productive citezans, helpful teammates, better family members, and inspires us to all want to be better people. He never stops developing us.**
**As I started to advance with the company, I was able to get to know Levi and his family more personally. Levi is a great husband, father, brother, and son. His greatest passion is his family and he works extremely hard to provide them a wonderful life. Levi is a treasure to so many people and a provider for around 40 families. There are not many people you can count on in this world to stand by their word, but he is one of the ones you can count on no matter what.**

This character reference letter was written by:

**Mrs. Lisa Isenhower - Lisaisenhower@gmail.com**

On:

**17-Nov-2022 20:22:57**

Residing at:

**6976 N 196th East ave**
**Owasso, Ok 74055**



30-Nov-2022

Dear Judge Jia M. Cobb,

I am Levi Gables' eldest cousin on his mother's side. We are a close knit family so I have been around Levi since the day he was born. I am writing this letter in hopes to bring a broader picture to who Levi is to his family.

Levi is very active in his family's lives, he has two younger siblings he is close to and I don't think there is a week that goes by he doesn't see or speak to his siblings or parents. Over the years, Levi has shown leadership and responsibility by running a three generational family business. His work ethic and integrity have helped grow their business throughout the region and has led to great success and accomplishments for his family.

Levi has matured on many levels since he became married and a father. He is very loyal to his family and cares greatly for them. He has become a great provider and is very active in his son's life. Levi gives his son instruction, love and attention and his son's life has reflected that leadership.

I know if I ever needed Levi, all it would take is a quick phone call. He loves his family and has always been there if we needed him.

Thank you for considering these letters, I hope they bring a broader picture of who Levi is and what he means to his family.

Sincerely,

Misty Walker
3805 S Troost Ave
Tulsa, OK 74105

This character reference letter was written by:

**Mrs. Misty Walker - mistywa@gmail.com**

On:

**30-Nov-2022 20:13:01**

Residing at:

**3805 S Troost Ave**
**Tulsa, Ok 74105**

28-Nov-2022

**Dear Judge Jia M. Cobb,**

**I'm writing today in regards to Levi Gable. I knew Levi 1st as one of the little neighborhood kids & then as my new friend now best friends son but today i know him as someone i consider a friend. I think very fondly of Levi & am very proud of the man, husband, dad, & business man he has become.  He stepped in to a position at his family business which was BIG position to fill. He has since brought the company to be even more successful & upstanding in the community more then they could have ever imagined. I believe we'll be seeing even bigger & greater things from Levi!**

**Thank you for taking the time to read my thoughts.**

**Sincerely,**

**Rhonda Perkins**

This character reference letter was written by:

**Mrs. Rhonda Perkins - Rhonda.perkins@oakcreekhomes.com**

On:

**28-Nov-2022 23:17:32**

Residing at:

**25007 E 121st St so**

**Broken Arrow, Ok 74014**



18-Nov-2022

Dear Judge Jia M. Cobb - I am Roianne koster Levi Gables Aunt, Levi's father's sister. Levi is a very talented artist, he hunts and give much of the meat to those in need,  i am very thankful for the meat I have been blessed with. Levi has a beautiful wife and precious son whom he loves and supports both financially and emotionally. Levi started working for the family business at the bottom,  he worked hard and learned everything  it takes run and keep the business going and be successful! Keeping all the employees with plenty of work. Levi has worked hard and remained consistent to improve his life and those around him. Levi is kind and loving, his family and business and all that know Levi needs his presence and support.    Thank you for your time. I hope this helps you know and understand my Nephew a little bit better.  Sincerely Roianne koster

This character reference letter was written by:

Mrs. Roianne Koster - takannkoster@yahoo.com

On:

18-Nov-2022 08:13:30

Residing at:

1540 S 263rd W Ave
Sand Springs, Ok 74063

22-Nov-2022

**Dear Judge Jia M. Cobb -**

**Thank you for taking the time to read this letter. I have known Levi and his family for about six years.  I am blessed to be able to call him a friend. When I first met Levi, he was very quiet and seemed to keep his thoughts more so to himself. One day at an event at the lake I decided to try and strike up a conversation with him.  He did not seem interested in talking to me until I started asking about his sweet family.  I saw a quiet man light up and begin to express his emotions and love towards his wife and son.  At this point I knew we were going to be friends.  I see Levi constantly putting his family first, if it is to miss time with his friends to do one of his sons' many activities or spending days and nights helping his wife grow and succeed in her business.  These are qualities that are few and far between in this world and it is great to know a man who possesses these qualities. I have great respect for Levi, because he is a man in constant positive growth with his family, business and self.**

**Again, Thank you for your time**

**Stacy Stewart**

This character reference letter was written by:

**Mrs. Stacy Stewart - stacyjeankinder@gmail.com**

On:

**22-Nov-2022 16:42:05**

Residing at:

**1407 North 18th Place**
**Broken Arrow, Oklahoma 74012**



01-Dec-2022

**Dear Judge Jia M. Cobb -**
**I am writing in reference to Levi Gsble. He has been best friend to my son**
**since junior high. He spfent lots of time with our family. He considered**
**him well behaved and a joy to be around. In his adult yesrs he continues to**
**be a good friebd to my son and is definitely part of our family. I have**
**gotten to lnow his wife and son, as well as his extended family and love**
**them all. He is a very responsible and loyal family man. Most of all he is**
**very kind. Anytime he sees me he takes time to engage and really cares.**
**He is special and i love him dearly.**

This character reference letter was written by:

**Mrs. Susan Collins - Susancollins39@gmail.com**

On:

**01-Dec-2022 05:59:17**

Residing at:

**P.O. Box 743**
**Coweta, OK 74429**

05-Dec-2022

**Dear Judge Jia M. Cobb -**

**Thank you for taking the time to read this letter. I have used Levi Gable and his company for excavation projects. Everytime he and/or his crew have proved to be reliable and professional.**
**They complete the job ontime and  keeping to the agreed upon budget. He has always been eager to please and compelete a job well done making adjustments as needed. We had his company move bolders for us on an extended gravel road. His company was sure to return to make sure the job was  completed to our liking. His actions on the job and with his company showed him to be a dependable provider for his family, a reliable job source for his employees and a trustworthy contractor for his customer. I would not hesitate to use him and his company in the future. I know he is a young man eager to do well for his family and community as he continues to grow and learn I believe he has a has a bright future before him.**

**Thank you,**
**Vanessa Clark**

This character reference letter was written by:

**Mrs. Vanessa Clark - Vanessalc426@gmail.com**

On:

**05-Dec-2022 23:24:47**

Residing at:

**3970 w 91st st**
**Tulsa, Ok 74132**



18-Nov-2022

Dear Judge Jia M. Cobb -

My name is Esther Phillips.
I would like to tell you a bit about my nephew, Levi Gable.

I am most proud of Levi for his commitment and loyalty to his lovely wife and son: he thoughtfully and tenderly cares for them, provides for them, and treasures them.
Levi's little family is his first priority and everyone is aware of that.
It is truly beautiful to observe his uncompromising commitment to his family and speaks to Levi's character and work ethic.

Last year I had the opportunity to be part of the Christmas party for Levi's employees. I was so very proud of the generous praise Levi bestowed on his employees, he readily acknowledged, with sincerity, that it is their hard work that keeps the business going:  he was likewise very generous with the gift cards he handed out to them.
 Levi said to me of his office manager "Aunt Esther I could not keep the business going  without Lisa, she keeps everything running smoothly, and she has made me a better man".
 I am grateful Levi has the humility to acknowledge the huge and important contribution others have made into his life.

After our mom's  funeral a couple years ago everyone came to my house, including my grandson (Whom had estranged himself from the family after the suicide of his momma).
My grandson arrived in attire intentionally meant to shock, believing he would be treated as an outcast because of his lifestyle. Instead he found love and acceptance. Before my grandson left,  he gave Levi his phone number, the very NEXT  day Levi called my grandson (who he has nothing

A-94

in common with) and invited him on an outing with Levi and his son. This simple act alone spoke volumes to me about the man Levi has grown to be.

I was, and ever will be, so very grateful to Levi for reaching out in kindness, humility and unselfishness to my hurting grandson who desperately needed a friend, a connection.

Levi consistently demonstrates humility, gratitude, compassion, and honesty in the manner he lives his life, and has truly proven himself to be an indispensable asset not just to our family, but also to his employees and community.

**Thank you for your time**
**Esther Phillips**

This character reference letter was written by:

**Ms. Esther Phillips - memaep56@gmail.com**

On:

**18-Nov-2022 14:36:57**

Residing at:

**110 South 279th East Avenue**
**Catoosa, Ok 74015**

30-Nov-2022

Dear Judge Jia M. Cobb -

I have known Levi Gable for 5 years. I was first introduced to Levi & his wife, Anna, on a double date – they were the first set of friends my boyfriend had introduced me to when we had first started dating.

Since then, I have gotten to know Levi very well! Our families travel together at least once a year & we spend numerous weekends together entertaining the kids and having adventures on the lake. Levi is very spontaneous and is always down for a fun activity or some sort of entertainment – even if that means getting creative!

I will never forget the time we had Spring Break 2020 planned in Colorado – 3 families, including the Gables. Everything was shutting down due to Covid-19 and when we arrived in Breckinridge, it was a ghost town. The kids were so upset they couldn't ski or board due to the resorts closing completely. Levi & the other dads took it upon themselves to build a sled ramp down the side of the Airbnb. It was an absolute hit & many memories were made with the kids.

Levi is an incredibly hard-working individual who never loses sight of his goals. He has been so successful in his career all while making time to be the best loving husband to his wife & a wonderful father to his son. He is very family oriented & I've witnessed the tight bond he has with his 2 brothers, Mom & Dad, nieces, and nephews.

I value Levi's friendship, and I am very grateful I can call him one of my best friends.

Heather Sztenderowicz

**918-508-0253**
**508 E 117th St S, Jenks OK 74037**

This character reference letter was written by:

**Ms. Heather Sztenderowicz - heatherszt@hotmail.com**

On:

**30-Nov-2022 23:22:11**

Residing at:

**508 E 117th St**
**Jenks, OK 74037**

28-Nov-2022

**Dear Judge Jia M. Cobb -**

**Thank you for the opportunity to submit a personal character reference for Levi Gable. Through my personal and professional relationship of five (5) years with Levi's wife, Anna, I have come to know Levi as a dedicated husband, exceptional father to his son, accomplished and well respected business professional and a role model for his two younger brothers. He is poised to take over his family business and had earned that position, title and responsibility through hard work, loyalty, dedication and persistence. Levi demonstrates strong leadership in all areas of his life from his family, his friends and his business. Many people depend on Levi on a daily basis for his advice and guidance. His unwavering loyalty to his family is obvious by the choices he makes to always put family first. He most recently supported and enabled his wife to open her own hair salon, The Color Collective. This has been a dream of Anna's and this power couple made it happen. As a team, with hard work and a common vision, Anna now has a stunning new hair salon to call her own. Levi's own professional accomplishments are impressive, which demonstrates his motivation to be the very best at everything he does. He is well respected in his industry, with his family and in his community. I am completely confident in saying that Levi's potential is unlimited, given his motivation and drive to excel in everything he does. Again, thank you for allowing me to share my experience with Levi.**

This character reference letter was written by:

**Ms. Johnette Wenz - jbwenz59@gmail.com**

On:

**28-Nov-2022 16:24:36**

Residing at:

**344 West Commercial Street**
**Broken Arrow, OK 74012**



07-Dec-2022

**Dear Judge Jia M. Cobb -**
**I have known Levi and his family for over 25 years.**
**Levi is a hard working business man as well as a loving father and**
**husband to his family.**
**Levi has grown into a reputable young man.  He has taken his fathers**
**family business over and it has Continued to be successful.**
**Levi does not hesitate to help people in need.  He is a true American!**

This character reference letter was written by:

**Ms. Michelle Cash - Mczcash@gmail.com**

On:

**07-Dec-2022 15:34:19**

Residing at:

**28855 E 111th St S**
**Coweta, Oklahoma 74429**

27-Nov-2022

**Dear Judge Jia M. Cobb -**
**My name is Sarah Loomis. I am a long time friend of Levi and his wife,**
**Anna, for the past 12 years. I have watched Levi over the years grow into**
**an amazing husband and father to his precious son. He has built his**
**business up to places nobody could imagine. He is so hard working and**
**does everything he can to make sure everyone important in his life is**
**taken care of, safe, and loved. He will give you the shirt off his back and**
**never judge anyone for the type of situation they're in. His family depends**
**on him immensely and his son looks up to him. He needs his father, and**
**so does his wife. He is their rock. Seeing the love that he has for his family**
**is unexplainable. I know he made a mistake, and he owns that. I pray his**
**family won't have to suffer the consequences and that he will be able to**
**stay, physically, by their sides. Keeping their life as normal as possible.**
**Thank you for taking the time to read this and I hope it show even a**
**glimpse of the good person Levi Gable truly is.**

This character reference letter was written by:

**Ms. Sarah Loomis - Sarahlech123@gmail.com**

On:

**27-Nov-2022 20:22:17**

Residing at:

**4950 S Detroit Ave**
**4950 S Detroit Ave, OK 74105**

02-Dec-2022

**Dear Judge Jia M. Cobb -**

**I am writing on behalf of Levi Gable. Levi and I have been friends for over 5 years. During this time he has proven to be of a fine and responsible character. In general, Levi is known for being a dedicated husband and father. During my relationship with Levi, I have experienced an individual who shows up earlier than asked, works hard, and carries himself in a polite, respectable manner. In addition, Levi is a family person who has always presented himself with levelheadedness and grace. Levi goes above and beyond for anyone who crosses his path, he would truly do good for anyone he knows. I can say with total confidence that few men have contributed to society in the way that Levi has.**

This character reference letter was written by:

**Ms. Whitney Stout - stoutwhitney32211@gmail.com**

On:

**02-Dec-2022 12:48:24**

Residing at:

**3913 S 198th E Ave**
**Broken Arrow, Oklahoma 74014**